Entered on Docket June 30, 2020

Below is the Order of the Court.

_____
Marc Barreca
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

---

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>GARTH A. MACLEOD,<br><br>    Debtor,<br><hr><br>EDMOND J. WOOD, solely in his capacity as the chapter 7 trustee of the bankruptcy estate of GARTH A. MacLEOD,<br><br>    Plaintiff,<br><br>    vs.<br><br>JONATHAN SMITH, P.S., a Washington professional services corporation d/b/a ADVANTAGE LEGAL GROUP, and JONATHAN SMITH, an individual,<br><br>    Defendants. | CASE NO. 14-17526-MLB<br><br>ADVERSARY No. 18-01149-MLB<br><br><br><br><br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT |
Order Granting in Part and Denying in Part
Defendants' Motion for Partial Summary
Judgment

Page 1 of 2

WAID LAW OFFICE, PLLC
5400 CALIFORNIA AVENUE SW, SUITE D
SEATTLE, WA 98136
206.388.1926

This matter came before the Court on June 24, 2020 on Defendants' Motion for Partial Summary Judgment [Dkt. #28] and Plaintiff's Request for Judicial Notice [Dkt. #35]. The Court having heard oral argument from the parties and having stated its findings of facts and separate conclusions of law on the record pursuant to Fed. R. Civ. P. 52(a)(1) and Fed. R. Bankr. P. 7052; now therefore,

The Court hereby ORDERS, ADJUDGES and DECREES as follows:

1. Defendants' motion for summary judgment is GRANTED, IN PART, and Plaintiff's claim for disgorgement of $12,000 in attorney fees paid by the Debtor to Defendant Smith is therefore dismissed, and;

2. Defendants' motion for summary judgment is DENIED, WITHOUT PREJUDICE IN ALL OTHER RESPECTS.

///End of Order//

Order Granting in Part and Denying in Part Defendants' Motion for Partial Summary Judgment

Page 2 of 2

WAID LAW OFFICE, PLLC
5400 CALIFORNIA AVENUE SW, SUITE D
SEATTLE, WA 98136
206.388.1926

Case 18-01149-MLB   Doc 42   Filed 06/30/20   Ent. 06/30/20 12:33:20   Pg. 2 of 2