Hon. Marc Barreca
Chapter 7
Hearing Date: March 4, 2021
Hearing Time: 9:30 a.m.
Hearing Location: Telephonic
Response Date: March 4, 2021

# UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | CASE NO. 14-17526-MLB |
| GARTH A. MACLEOD, | Chapter 7 |
| Debtor, | ADVERSARY No. 18-01149-MLB |
| EDMOND J. WOOD, solely in his capacity as the chapter 7 trustee of the bankruptcy estate of GARTH A. MacLEOD, | PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY ON SHORTENED TIME AND LIMITING NOTICE |
| Plaintiff, | |
| vs. | |
| JONATHAN SMITH, P.S., a Washington professional services corporation d/b/a ADVANTAGE LEGAL GROUP, and JONATHAN SMITH, an individual, | |
| Defendants. | |

Defendants' original motion and reply rely on FRCP 26(a) which relates to the parties' initial disclosures in the District Court, and FRCP 37(a), which relates to orders compelling discovery; neither of which applies to the facts present here. Dkt. 46, pp.

Plaintiff's Motion for Leave to File Sur-Reply on Shortened Time and Limiting Notice
Page 1 of 3

WAID LAW OFFICE, PLLC
5400 CALIFORNIA AVENUE SW, SUITE D
SEATTLE, WA 98136
206.388.1926

18-20. Defendants' Reply also mischaracterizes the testimony of Messrs. Groshong and Wood as "experts"—which is categorically mistaken. Plaintiff thus asks leave to file the attached, short Sur-Reply to address the errors in Defendants' analysis.

The Court's Local Rule 9013-1(d)(6) allows the Court to grant leave for the filing of a sur-reply. Rule 9013-1(d)(3) allows the Court to shorten time and limit notice. On Tuesday, March 2, 2021 at 2:32 p.m. defendants filed their Reply in support of their Motion for Summary Judgment that is noted for hearing on Thursday, March 4, 2021 at 9:30 a.m. Plaintiff thus submits this Motion and his attached Sur-Reply on the day following the filing of Defendants' Reply.

### IV. CONCLUSION

The Court should therefore grant Plaintiff's Motion for Leave to File a Sur-Reply on shortened time and without additional notice.

Dated: March 3, 2021.

WAID LAW OFFICE, PLLC

BY: __/s/ Brian J. Waid_____
    BRIAN J. WAID
    WSBA No. 26038
    Attorney for Plaintiff

Plaintiff's Motion for Leave to File Sur-Reply on Shortened Time and Limiting Notice
Page 2 of 3

WAID LAW OFFICE, PLLC
5400 CALIFORNIA AVENUE SW, SUITE D
SEATTLE, WA 98136
206.388.1926

Case 18-01149-MLB    Doc 50    Filed 03/03/21    Ent. 03/03/21 16:07:45    Pg. 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day March 2021, I caused a copy of the foregoing pleading to be delivered to all counsel of record via the Court's ECF delivery system.

Dated: March 3, 2021.

WAID LAW OFFICE, PLLC

BY: __/s/ Brian J. Waid__
     BRIAN J. WAID
     WSBA No. 26038
     Attorney for Plaintiff

Plaintiff's Motion for Leave to File Sur-Reply on Shortened Time and Limiting Notice
Page 3 of 3

WAID LAW OFFICE, PLLC
5400 CALIFORNIA AVENUE SW, SUITE D
SEATTLE, WA 98136
206.388.1926

Case 18-01149-MLB   Doc 50   Filed 03/03/21   Ent. 03/03/21 16:07:45   Pg. 3 of 3